UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAWTHORNE McGEE,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>SALINAS VALLEY STATE PRISON,<br><br>　　　　　Respondent. | No. 2:24-cv-02540-EFB (HC)<br><br><br>ORDER |

On September 19, 2024, the court received a copy of a petition for writ of habeas corpus filed by Mr. McGee in the California Supreme Court. It appears this should have been filed in 2:24-cv-01955-DAD-CSK P as the magistrate judge assigned to that case requested that Mr. McGee file that document so the magistrate judge could determine whether state court remedies have been exhausted with respect to the claims presented in that case. ECF No. 8 in 2:24-cv-01955-DAD-CSK P.

Good cause appearing, IT IS HEREBY ORDERED that:

1. The Clerk of the Court file the California Supreme Court petition for writ of habeas corpus filed in this action on September 19, 2024, in 2:24-cv-01955-DAD-CSK P. The document should be labeled "Copy of Petition for Writ of Habeas

////

////

Corpus filed in the California Supreme Court."

2. The Clerk of the Court is directed to close this case.

Dated: September 25, 2024

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2